UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Brian J. Smith,<br>Attorney at Law, Bar No. 11279 | Case No. 2:23-ms-00036<br><br>ORDER OF SUSPENSION |

Attorney Brian J. Smith, State Bar No. 11279, was suspended by the Nevada Supreme Court pursuant to the Order of Suspension filed June 16, 2023. On June 27, 2023, this Court issued and entered an Order to Show Cause (ECF No. 1 ("OSC")) mailed via certified mail. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Attempted – Not Known - Unable to Forward". Regardless, the OSC provided Mr. Brian J. Smith with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Smith. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Brian J. Smith, Bar No. 11279, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 18th Day of August 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 18th Day of August 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Brian J. Smith, Esq.
> c/o Gabriel L. Grasso, Esq.
> 411 S. 6th Street
> Las Vegas, NV 89101

> Certified Mail No.: 7020 3160 0000 7420 4590

> <u>/s/ Sharon H.</u>
> Deputy Clerk
> United States District Court,
> District of Nevada